1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                    EASTERN DISTRICT OF CALIFORNIA

9

10     THETHESIUS HOSEA MOSLEY,                         1:23-cv-00421-EPG (PC)

11                          Plaintiff,
                                                        ORDER TO SUBMIT APPLICATION
12             v.                                       TO PROCEED *IN FORMA PAUPERIS*
                                                        OR PAY FILING FEE WITHIN 45 DAYS;
13     ZEPP, et al.,                                    DIRECTING CLERK OF COURT TO ADD
                                                        DEFENDANTS ON DOCKET
14                          Defendants.

15

16             Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42

17     U.S.C.  § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed

18     *in forma pauperis* pursuant to 28 U.S.C. § 1915.

19             Accordingly, IT IS ORDERED as follows:

20        1.   Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21             attached application to proceed *in forma pauperis*, completed and signed, or in the

22             alternative, pay the $402.00 filing fee for this action. **No requests for extension will be

23             granted without a showing of good cause**. **Failure to comply with this order will

24             result in dismissal of this action.**

25     \\\

26     \\\

27     \\\

       \\\

28

                                                       1

2.  The Clerk of Court is respectfully directed to add Defendants (1) Contractual Provider, (2) N. Igbinosa, and (3) S. Gates to the docket. (ECF No. 1, p. 3).

IT IS SO ORDERED.

Dated:   __**March 22, 2023**__                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE