UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THETHESIUS HOSEA MOSLEY,<br><br>       Plaintiff,<br><br>  vs.<br><br>ZEPP,<br><br>       Defendant. | 1:23-cv-00421-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 13) |

      Plaintiff Thethesius Hosea Mosley is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 27, 2023, the assigned magistrate judge issued findings and recommendations, recommending at screening that all claims and Defendants be dismissed, except for Plaintiff's deliberate indifference claim against Defendant Zepp.  (Doc. 13.)  Plaintiff was permitted fourteen days to file objections to the findings and recommendations but has filed none. Moreover, Plaintiff previously filed a notice stating that he wanted to proceed on the claim against Zepp that the magistrate judge found cognizable.  (Doc. 11.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

the Court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued on June 27, 2023, (Doc. 13), are **ADOPTED IN FULL**.
2. All claims and Defendants are **DISMISSED**, except for Plaintiff's deliberate indifference claim against Defendant Zepp.
3. Accordingly, the Clerk of Court is directed to terminate all Defendants from the docket, except for Defendant Zepp.

IT IS SO ORDERED.

    Dated:   **July 20, 2023**

UNITED STATES DISTRICT JUDGE