**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THETHESIUS HOSEA MOSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZEPP,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00421 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 41, 67) |

　　　　Thethesius Hosea Mosley alleges that Dr. Zepp, a care provider at Kern Valley State Prison, was deliberately indifferent to Plaintiff's serious medical needs concerning his knee injury. (*See generally* Doc. 1.) Defendant filed a motion for summary judgment, asserting there was no genuine dispute of material fact concerning Plaintiff's deliberate indifference claim, and he was entitled to qualified immunity. (Doc. 41.) Although the Court granted Plaintiff multiple extensions of time—for a total of six months to prepare and file any opposition—the motion remained unopposed.

　　　　The magistrate judge found "the undisputed evidence shows that Defendant extensively treated Plaintiff's knee injury," and Defendant "consistently saw [Plaintiff] multiple times for his knee injury; ordered consultations with other providers; ordered x-rays, an MRI, and physical therapy; and referred him for an evaluation for orthopedic surgery, which surgery was ultimately performed." (Doc. 67 at 9.) The magistrate judge found Defendant established that he "was not deliberately indifferent to Plaintiff's knee injury," and Plaintiff "offered no evidence in opposition to Defendant's evidence, let alone

1

evidence from which a jury could reasonably render a verdict in his favor." (*Id.*) Therefore, the magistrate judge recommended the Court grant Defendant's motion for summary judgment. (*Id.* at 10.)

On January 16, 2025, the Court served the Findings and Recommendations on the parties and notified them that any objections were due within 30 days. (Doc. 67 at 10.) On January 27, 2025, Plaintiff filed objections, asserting he had timely filed an opposition to the motion for summary judgment.[1] (Doc. 68.) However, Plaintiff did not provide a copy with his objections. In response, the magistrate judge issued the following minute order.

> After Plaintiff failed to timely oppose Defendant's motion for summary judgment, this Court issue[d] findings and recommendations on January 16, 2025, recommending that Defendant's motion for summary judgment be granted. (ECF No. 67). Plaintiff has now filed objections, stating that he submitted an opposition to the motion for summary judgment by the due date. (ECF No. 68). However, the Court still has not received any opposition from Plaintiff and none were included in Plaintiff's objections. In order to provide Plaintiff another opportunity to file an opposition, the Court will permit Plaintiff to file an opposition to Defendant's motion no later than February 14, 2025. If Plaintiff files an opposition by that date, Defendant may file a response to Plaintiff's objections no later than February 28, 2025. If Plaintiff fails to file an opposition by that date, this Court's Findings and Recommendations will be forwarded to the District Judge for a ruling on Defendant's motion.

(Doc. 69.) Plaintiff failed to file his opposition by the February 14, 2025, deadline; however, he filed a motion for a 60-day extension to file an opposition on February 12, 2025. (Doc. 70.) The magistrate judge denied the motion due to Plaintiff's long history of delays, numerous extensions of time, and lack of good cause for a further extension. (Doc. 71.) On February 18, 2025, Plaintiff filed objections that are identical to those previously filed. (Doc. 72.)

Though Plaintiff indicated he objected to the Findings and Recommendations, he did not address the specific findings of the magistrate judge related to the treatment Defendant provided and lack of disputed material fact. (*See* Docs. 68, 72.) Plaintiff did not identify any particular evidence he purportedly possessed that would show a dispute of material fact. (*See id.*)

---

[1] Notably, although Plaintiff filed a "proof of service" related to his opposition to support the assertion that such was timely filed, the document does not include a mailing address for the Court showing this opposition was properly placed in the prison mailing system to be mailed by the U.S. Postal System. (*See* Doc. 68 at 3.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the action. Having carefully reviewed the matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 16, 2025 (Doc. 67) are **ADOPTED** in full.
2. Defendant Zepp's motion for summary judgment (Doc. 41) is **GRANTED**.
3. The Clerk of Court is directed to enter judgment in favor of Defendant Zepp and against Plaintiff Thethesius Hosea Mosley and to close this case

IT IS SO ORDERED.

Dated: **February 24, 2025**

UNITED STATES DISTRICT JUDGE